

**Illinois
Department of
Corrections**

E-FILED
Monday, 22 November, 2004  06:05:02 PM
Clerk, U.S. District Court, ILCD

**Rod R. Blagojevich**
Governor

**Roger E. Walker, Jr.**
Director

Big Muddy Correctional Center / 251 N. Illinois Highway 37 / P.O. Box 1000 / Ina , IL 62846-1000 / Telephone: (618) 437-5300 / TDD: (800) 526-0844

November 17, 2004

Central District of IL
Office of the Clerk
United States District Court
151 US Courthouse
600 E. Monroe Street
Springfield, IL 62701

Dear Sir / Madam:

The attached documentation is for a court order for an inmate that was incarcerated at our facility. This mentioned inmate, Harold Simmons, has been released from our facility. His release date was November 10, 2004. The last known address for this inmate is as follows:

    Harold Simmons
    323 Royal Ave.
    Rockford, IL 61101

Our records show that the outstanding balance for court case 00-CV03236 is $229.82.

Sincerely,

*Brent Finley*
Brent Finley
Business Administrator

FILED
NOV 22 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS