# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

DISMISSAL PER CIRCUIT RULE 31(c)(2)

Date: March 2, 2005

By the Court:

No. 04-1212

HAROLD SIMMONS,
    Plaintiff - Appellant

v.

WILLIAM D. O'SULLIVAN,
    Defendant - Appellee

**FILED**
MAR 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 00 C 3236, Harold A. Baker, Judge

    This court issued a Rule to Show Cause on 2/7/05 and there has been no response filed. Pursuant to that Rule to Show Cause and Circuit Rule 31(c)(2),

    **IT IS ORDERED** that this cause is **DISMISSED** for want of prosecution.

(1034-110293)

True Copy:
Teste:

_____
Clerk, United States
Court of Appeals for the
Seventh Circuit.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE:   March 2, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        151 U.S. Courthouse
        600 E. Monroe Street
        United States Courthouse & Federal Building
        Springfield, IL  62701



FILED
MAR 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:   Gino J. Agnello, Clerk

RE:     04-1212
        Simmons, Harold v. O'Sullivan, William
        00 C 3236, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:        Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date:  ____3/7/2005_____        ____s/M. Stewart_____
(1202-052495)                               Deputy Clerk, U.S. District Court