

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

June 13, 2006

Harold Simmons
323 Royal Avenue
Rockford, IL 61101

RE: 00-3236 Simmons v O'Sullivan

Dear Mr. Simmons,

    We have the exhibits and/or depositions in the above case.  Please notify this office within ten (10) days if you wish to have the exhibits and/or depositions returned to your files. You will be responsible for retrieving the exhibits and/or depositions.  If we do not have a response from you within ten (10) days, the exhibits and/or depositions will be destroyed.

    Yours truly,

    JOHN M. WATERS, CLERK
    U. S. DISTRICT COURT

    s/Christy Taylor
    ─────────────
    Deputy Clerk